```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS



DAVID FLAHERTY, JANE WENSLEY    )
AND DAVID COSTA,                )
     Plaintiffs                 )
                                )
            v.                  ) C.A. NO. 12-CV-30055-MAP
                                )
DANIEL KNAPIK,                  )
     Defendant                  )
```

### ORDER OF JUDGMENT

April 28, 2014

PONSOR, U.S.D.J.

Upon consideration of the pleadings and memoranda and based upon the agreement of the parties, it is hereby adjudged that:

> 1. The removal of political lawn signs on November 7, 2011 by order of the Defendant Daniel Knapik constituted content-based, but not intentional, discrimination in violation of the rights of the Plaintiffs as guaranteed by the First Amendment to the United States Constitution and Article XVI of the Massachusetts Declaration of Rights.
>
> 2. The parties have resolved all other outstanding issues in this case, including attorney's fees. Any remaining claims offered in the complaint are hereby DISMISSED by agreement.
>
> 3. Judgment will enter for Defendant to the extent set forth above. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
**MICHAEL A. PONSOR**
**U. S. District Judge**