## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID FLAHERTY, JANE WENSLEY, AND DAVID COSTA, <br>     Plaintiff <br><br> v. <br><br> DANIEL KNAPIK., <br>     Defendant | CIVIL ACTION <br> NO. 3:12-cv-30055-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Daniel Knapik, against the plaintiff's David Flaherty, et al., pursuant to the court's order of judgment entered this date, based upon the agreement of the partes.

                                                  **ROBERT M. FARRELL**, <br>
                                                CLERK OF COURT

Dated: April 28, 2014                  /s/ *Maurice G. Lindsay*

                                                Maurice G. Lindsay <br>
                                                Deputy Clerk

(Civil Judgment (Modified) 8.wpd - 11/98) <br>
        [jgm.]